CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 19 2012

JULIA C. DUDLEY, CLERK
BY: 
 DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| LACURTIS JAROD SMITH, ) | CASE NO. 7:12CV00440 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | FINAL ORDER |
| ) | |
| AMHERST COUNTY ADULT ) | |
| DETENTION CENTER, ) | By: Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 19th day of October, 2012.

_____
Chief United States District Judge